# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SEVEN SEAS ASSOCIATES, LLC, a California Limited Liability Company; BEST WESTERN INTERNATIONAL, INC., an Arizona Corporation; and DOES 1 to 10<br><br>　　　　　　　　　　Defendants. | Case No.: 21-cv-294 JLS (MDD)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 12) |

Presently before the Court is Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 12). On its own motion, the Court **VACATES** the hearing scheduled for April 29, 2021 at 1:30 p.m. and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: April 22, 2021

　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge