# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SEVEN SEAS ASSOCIATES, LLC, a California Limited Liability Company; BEST WESTERN INTERNATIONAL, INC., an Arizona Corporation; and DOES 1 to 10<br><br>　　　　　　　　　　　Defendants. | Case No.: 21-CV-294 JLS (MDD)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL**<br><br>(ECF No. 24) |

　　　Presently before the Court is the Parties' Joint Motion for Dismissal (ECF No. 24). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated by the Parties, the Court **DISMISSES WITH PREJUDICE** this action in its entirety. Each Party shall bear his or its own costs and attorneys' fees. The Clerk of the Court shall close the file.

　　　**IT IS SO ORDERED.**

Dated: March 3, 2022

　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge